John J. McNutt (Bar No. Pending)
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
501 West Broadway, 15th Floor
San Diego, CA 92101-2541
Tel: (619) 233-1155
Fax: (619) 233-1158
Attorneys for Judgment Creditor

FILED

2006 SEP -8 PM 3: 34

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION )
)
) Case Number: 06 MC 288
)
)
ALPHA TELCOM, INC., ET AL. )
) **AFFIDAVIT AND REQUEST FOR ISSUANCE**
) **OF WRIT OF EXECUTION**
)

State of California, County of   San Diego

I,   John J. McNutt   hereby state under penalty of perjury that,

1. Judgment for $ 250,865.00 was entered on March 31, 2005 in the
   (Date)
   docket of the above-entitled action in favor of

   Thomas F. Lennon, Receiver for Alpha Telcom, Inc., et al.
   as Judgment Creditor, and against

   Andrew Constantinou
   as Judgment Debtor

   *(If a registered Judgment, fill in below)*

   Said Judgment was registered herein under title 28, U.S. Code, Section 1963, being a

   Judgment which was obtained in Civil Case No.  01 CV 1283 PA   in the

   United States District Court for the _____ District of

   Oregon   and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

**(OVER)**

**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**

::ODMA\PCDOCS\WORDPERFECT\14832\1 May 5, 1999 (10:33am)   CSD-15

3. ACCRUED since the entry of judgment are the following sums:

$ <u>0.00</u>             accrued interest, computed at <u>0        </u> %
                                                    (See note)

$ <u>0.00</u>             accrued costs

4. CREDIT must be given for payments and partial satisfactions in the total amount of:

$ <u>0.00</u>             which is to be first credited against the judgment as entered

still remaining due and bearing interest at <u>0        </u> % in the amount

of $ <u>0.00</u>             per day from this date.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at:  <u>San Diego County</u>

State of:  <u>California</u>                      this <u>8th</u>                date of

<u>September</u>            , <u>2006</u>  .


ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP

_____ (Signature)
John J. McNutt
Attorneys for Judgment Creditor


NOTE:   JUDGMENTS REGISTERED UNDER 28 U.S.C. 1963 BEAR THE RATE OF INTEREST
        OF THE DISTRICT OF ORIGIN.

::ODMA\PCDOCS\WORDPERFECT\14832\1  May 5, 1999 (10:33am)