| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Thomas F. Lennon, Receiver for Alpha Telcom, Inc. | COURT CASE NUMBER<br>06 MC 288 |
|---|---|
| DEFENDANT<br>Donald Woods | TYPE OF PROCESS<br>Writ of execution |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Wells Fargo Bank

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
401 B Street, #101, San Diego, California  92101

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Allen Matkins Leck Gamble Mallory & Natsis LLP
Attention: John J. McNutt, Esq.
501 West Broadway, 15th Floor
San Diego, CA  92101

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please levy on any and all accounts in the name of Donald Woods.

Wells Fargo business hours: Monday-Friday, 9:00 a.m. - 6:00 p.m.

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
John J. McNutt

TELEPHONE NUMBER: 619-235-1569
DATE: 27 Oct. 2006

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 98 | District to Serve<br>No. 98 | Signature of Authorized USMS Deputy or Clerk<br>A Scott | Date<br>10/27/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Carmen Bravo, Banker

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 10/31/06   Time: 9:05 am

Signature of U.S. Marshal or Deputy

| Service Fee<br>$45 | Total Mileage Charges (including endeavors)<br>$41 | Forwarding Fee | Total Charges<br>$54 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
Mailed to Judgment Debtor  10/31/06